IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EARNESTINE CARR                                                                PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:18-CV-121-SA-RP

WAL-MART STORES, INC.;
WAL-MART STORES EAST, LP
AND JOHN DOE 1 THROUGH 4                                                       DEFENDANTS

### AGREED ORDER DISMISSING
### WAL-MART STORES, INC. WITHOUT PREJUDICE

This civil action came on to be heard on the motion *ore tenus* of the Plaintiff, Earnestine Carr, to dismiss Wal-Mart Stores, Inc. without prejudice and the Court having considered the same is of the opinion that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Wal-Mart Stores, Inc. be and it is hereby dismissed from this proceeding without prejudice. This case shall remain on the active docket of the Court as to the remaining defendants.

ORDERED AND ADJUDGED this the 25TH day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE